IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| KENDRICK R. MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>T. BOBBITT, Deputy Warden of Security; CAPTAIN S. JACKSON; FREDDIE DAVIS, CERT Sergeant; FNU CLEMENTE, CERT; FNU GOETIE, CERT; M. ANDERSON, Major of Security; FNU ALLEN, CERT; FNU WATKINS, CERT; and FNU ZIMMIMAN, CERT,<br><br>Defendants. | CIVIL ACTION NO.: 6:16-cv-117 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 8), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities. Plaintiff's claims against Defendants in their individual capacities remain pending.

**SO ORDERED**, this 25th day of October, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA